**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ray Lawrence MONDRAGON,
Defendant–Appellant.**

**No. 08–30117.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.\*

Filed Aug. 19, 2009.

Kris Allen McLean, Esquire, Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Ray Lawrence Mondragon, Great Falls, MT, pro se.

Before KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM \*\*

Ray Lawrence Mondragon appeals pro se from the district court's order denying his pro se motions to bring contempt of court charges, hold an evidentiary hearing, appoint new counsel, and provide other relief. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

As an initial matter, we reject the Government's contention that the appeal

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

should be dismissed as untimely. *See* Fed. R.App. P. 4.

Mondragon contends that the district court abused its discretion by denying his motion for contempt of court and other relief. We reject this contention. *See United States v. Powers*, 629 F.2d 619, 627 (9th Cir.1980); *see also Hallett v. Morgan*, 296 F.3d 732, 749 (9th Cir.2002).

All pending motions are denied.

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.